```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 29951
   WANDA BRENT PARKER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

      Debtor
   SSN XXX-XX-2479

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/12/2004 and was confirmed 10/20/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 08/18/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID           PAID
-------------------------------------------------------------------------------
 CONSUMER PORTFOLIO SERV   SECURED           3000.00          261.23         3000.00
 CONSUMER PORTFOLIO SERV   UNSECURED         3058.64             .00          305.86
 AMERICAN HOME MTG         CURRENT MORTG    28012.13             .00        28012.17
 OPTION MORTGAGE           NOTICE ONLY      NOT FILED            .00             .00
 OPTION ONE MORTGAGE       NOTICE ONLY      NOT FILED            .00             .00
 AMERICAN HOME MTG         MORTGAGE ARRE     8966.61             .00         8966.61
 ADT SECURITY SYSTEMS      UNSECURED        NOT FILED            .00             .00
 CFC FINANCIAL CORPORATIO  UNSECURED          195.38             .00           19.54
 CHARTER ONE BANK          UNSECURED        NOT FILED            .00             .00
 CITY OF CHICAGO           FILED LATE         390.56             .00             .00
 CITY OF CHICAGO           NOTICE ONLY      NOT FILED            .00             .00
 DR PRITI SINGH            UNSECURED          175.00             .00           17.50
 FARMERS INSURANCE         UNSECURED        NOT FILED            .00             .00
 FARMERS INSURANCE         NOTICE ONLY      NOT FILED            .00             .00
 GFG LOAN COMPANY          UNSECURED          582.81             .00           58.28
 HOLY CROSS HOSPITAL       UNSECURED        NOT FILED            .00             .00
 LITTLE CO MARY CARE STAT  UNSECURED          104.00             .00           10.40
 LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED            .00             .00
 MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED            .00             .00
 MERCHANT FINANCE          UNSECURED        NOT FILED            .00             .00
 MERCHANT FINANCE          NOTICE ONLY      NOT FILED            .00             .00
 OAKLAWN RADIOLOGIST       UNSECURED        NOT FILED            .00             .00
 PEOPLES GAS LIGHT & COKE  UNSECURED             .00             .00             .00
 PEOPLES GAS               NOTICE ONLY      NOT FILED            .00             .00
 SUBURBAN PLASTIC SURGERY  UNSECURED        NOT FILED            .00             .00
 PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                        2,700.00
 TOM VAUGHN                TRUSTEE                                           2,509.29
 DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29951 WANDA BRENT PARKER
```

```
---------------------------------------------------------------------------
TRUSTEE                                  45,860.88

PRIORITY                                                             .00
SECURED                                                        39,978.78
    INTEREST                                                      261.23
UNSECURED                                                         411.58
ADMINISTRATIVE                                                  2,700.00
TRUSTEE COMPENSATION                                            2,509.29
DEBTOR REFUND                                                        .00
                                         ---------------   ---------------
TOTALS                                   45,860.88             45,860.88
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/20/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE